IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

JAN J. THELEN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

No. 06-CV-3017-DEO

ORDER

In its Order of March 14, 2007 (Doc. No. 18), this Court invited counsel to submit questions they thought would be appropriate to ask Dr. Robert E. Joneson, Ph.D. These questions have been submitted at Doc. Nos. 19 and 20 and the Court deems the questions submitted to be appropriate. They should be attached to this Order and by reference they are made a part hereof.

It is this Court's understanding that Dr. Joneson may not be practicing as of this date. Since Dr. Joneson is the only person who has the background as to Ms. Thelen's medical condition, this Court specifically requests that Dr. Joneson help the Court to fairly resolve this matter by responding to the questions posed.

The Court therefore remands this case to the Commissioner, pursuant to 42 U.S.C. § 405(g), sentence six, to

take additional evidence from Dr. Joneson as set forth in the questions filed by each respective party at Doc. Nos. 19 and 20. The Commissioner shall then modify or affirm its findings of fact or its decision, or both, and file with this Court any modified findings of fact and decision and a transcript of additional record and testimony upon which the Commissioner's action was based. 42 U.S.C. § 405(g).

In order to help Dr. Joneson in doing this important work, the Commissioner shall send him a copy of each of the following, all of which are attached to and made a part of this Order:

1. This Court's Order dated March 14, 2007 (Doc. No. 18);

2. Pages 305, 307 - 309 and 378 of the Social Security transcript, which includes Dr. Joneson's October 18, 2004 letter, the Medical Source Statement of Ability To Do Work-Related Activities (mental) questionnaire and Dr. Joneson's July 9, 2004 letter;

3. The questions filed by each counsel in this proceeding at Doc. Nos. 19 and 20 in response to this Court's Order at Doc. No. 18, and;

4. A copy of this Order.

2

This Court shall see that Dr. Joneson is paid a sum not to exceed $300.00 for his time and expenses in providing the Commissioner additional evidence.

**IT IS SO ORDERED** this 30th day of March, 2007.

*Donald E. O'Brien*
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa